# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR (VANESSA) NAVARRETE,<br>323 Upshur St. N.W.<br>Washington, DC 20011<br>202-378-8194,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON<br>410 Terry Ave. N<br>Seattle, WA 98109,<br><br>　　　　　　　　Defendant. | Civil Action No. 22-3294<br><br>From the Superior Court of the District of Columbia, Civil Division Case No. 2022-02946<br><br>NOTICE OF REMOVAL |

To:   **THE CLERK AND HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, Prime Now LLC, ("Amazon") hereby removes this action to this Court from the Superior Court of the District of Columbia. In support of this Notice, Amazon respectfully states:

## STATE COURT ACTION

1.   Plaintiff Vanessa Navarrete ("Plaintiff") commenced this action on or about July 11, 2022, by filing a Complaint for Damages in the Superior Court of the District of Columbia, where it was assigned Case No. 2022-02946. Amazon has not been served with the Summons and Complaint.

2.   Plaintiff is a former employee of Amazon. Plaintiff's Complaint alleges discrimination on the bases of age, race, national origin, sex, and gender identity in violation of the Civil Rights Act of 1964 § 7, 42 U.S.C. § 2000e et seq. *See Complaint* ("*Compl.*") ("[D]iscriminated against on the basis of my race (Hispanic), sex (Male), national origin (Mexican), gender identity" "in violation of the VII of the Civil Rights Act").

## GROUNDS FOR REMOVAL - FEDERAL QUESTION

3. This action is removable under 28 U.S.C. § 1441(a) and (b) because the Court has original jurisdiction under 28 U.S.C. § 1331. The Complaint expressly references federal law. *Compl.* ("in violation of the VII of the Civil Rights Act"). Also, on April 5, 2021, Plaintiff filed a charge with the U.S. Equal Employment Opportunity Commission claiming that Amazon violated both the Civil Rights Act of 1964 § 7, 42 U.S.C. § 2000e et seq and the Age Discrimination in Employment Act of 1967, 29 U.S.C. §623. Diversity jurisdiction also exists.

## GROUNDS FOR REMOVAL - DIVERSITY

4. The principal federal statute governing diversity jurisdiction, 28 U.S.C. § 1332, gives federal district courts original jurisdiction of all civil actions "between ... citizens of different States" where the amount in controversy exceeds $75,000. § 1332(a)(1*)*. Diversity jurisdiction exists because the parties are completely diverse and the amount in controversy exceeds $75,000. This Notice is timely filed and all other procedural requirements are met.

## COMPLETE DIVERSITY OF CITIZENSHIP

5. Plaintiff alleges in her Complaint that she is a resident of Washington, D.C. Therefore, Plaintiff is a citizen of Washington D.C. *See Herbin v. Seau*, 317 F. Supp. 3d 568, 572 (D.D.C. 2018).

6. Amazon is a corporation organized and existing under the laws of Delaware. Amazon's headquarters and principal place of business are located in Seattle, Washington. Amazon is thus a citizen of Delaware and Washington. *See* 28 U.S.C. § 1332(c)(1) (deeming a corporation a citizen of both the state "where it has its principal place of business" and its state of incorporation); *Hertz Corp. v. Friend*, 559 U.S. 77, 93 (2010) (explaining the "phrase 'principal place of business' in 28 U.S.C. § 1332(c)(1) refers to the place where the corporation's high level officers direct, control, and coordinate the corporation's activities'—i.e., the 'nerve center.'").

7. Accordingly, complete diversity of citizenship exists between the parties for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).

## AMOUNT IN CONTROVERSY

8. The Court should conclude based on a preponderance of the evidence that Plaintiff's claims involve an amount in controversy in excess of $75,000, exclusive of interest and costs. According to the Complaint, Plaintiff seeks compensatory damages in the amount of $1,500,000 for lost wages and emotional distress.

9. With respect to Plaintiff's lost wages, prior to her termination from Amazon, Plaintiff earned a regular rate pay of approximately $15.00 per hour. In 2021, Plaintiff earned approximately $15,647 working for Amazon.

10. Accordingly, Amazon has satisfied its burden of establishing that the amount in controversy exceeds $75,000. This Court therefore has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

## ACTION REMOVABLE

11. This action is removable to this Court under 28 U.S.C. § 1441 because this Court would have had original jurisdiction over Plaintiff's claims had Plaintiff initially filed the action in federal court. This Court is the district court of the United States for the district and division "embracing the place where [the state court] action is pending," and is therefore the appropriate court for removal. 28 U.S.C. § 1441(a).

12. Amazon chooses to remove this action to the District Court for the District of Columbia because Plaintiff's claims arose in the District of Columbia.

13. This Notice is timely filed in accordance with 28 U.S.C. § 1446(b).

## PLEADINGS FILED

14. In accordance with 28 U.S.C. § 1446(a), a copy of the Complaint, the Summons, the Information Sheet, and the Initial Order are attached as <u>Exhibit A</u>. These documents comprise all process, pleadings, and orders filed to date in this action.

15. Pursuant to 28 U.S.C. § 1446(d), Amazon will promptly give written notice of this Notice of Removal to Plaintiff and file a copy of the same with the Clerk of the Superior Court of the District of Columbia, Civil Division.

WHEREFORE, Defendant Amazon gives notice that this matter is removed to the United States District Court for the District of Columbia, and requests that this Court retain jurisdiction for further proceedings pursuant to 28 U.S.C. §§ 1441 and 1446.

Dated: October 27, 2022

Respectfully submitted,

*/s/ Alec W. Farr*
Alec W. Farr, Bar No. 440046
Christopher B. Wilkinson, Bar No. 1034344
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 800
Washington, D.C.  20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.624.6211
AFarr@perkinscoie.com
CWilkinson@perkinscoie.com

Attorney for Amazon

## CERTIFICATE OF SERVICE

On October 27, 2022, I caused to be served upon the following, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing document.

| | | |
|---|---|---|
| Vanessa Navarrete | ___ | Via Hand Delivery |
| 323 Upshur St. NW | **X** | Via U.S. Mail, 1st Class, Postage Prepaid |
| Washington, D.C. 20011 | | |
| mediats@icloud.com | **X** | Via E-Filing |
| Pro se Plaintiff | ___ | Via Overnight Delivery |
| | ___ | Via Facsimile |
| | **X** | Via Email |

**I certify under penalty of perjury that the foregoing is true and correct.**

EXECUTED at Washington, District of Columbia on October 27, 2022.

*/s/ Alec W. Farr*
Alec W. Farr, Bar No. 440046
Christopher B. Wilkinson, Bar No. 1034344

5