# EXHIBIT A

**Superior Court of the District of Columbia**
CIVIL DIVISION -- Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION
JUL 11 2022
Superior Court of the
District of Columbia

Case No. 2022 02946

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

(Vanessa)

Victor Navarrete
PLAINTIFF                                   vs

323 UpShur St. Nw.
Address (No Post Office Boxes)

Washing D.C. 20011
City        State        Zip Code

202-378-81-94
Telephone Number

mediats@icloud.com
Email Address (optional)

Amazon
DEFENDANT

4530 40th St. NW.
Address (No Post Office Boxes)

Washington D.C. 20006
City        State        Zip Code

Telephone Number

Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

I belive I was discriminated against on the basie of my race (Hispanic), Sex (Male) National Orisn (Mexican), Gender Identity and retaliated agains for engaging in protected activity, In violatian of the VII of the civil rights act. of 1964 as amended. On december 28-2020 The Arlinton store manager told me that I could not return to the store, and he wante to take my.

2. What relief are you requesting from the Court? Include any request for money damages.

I am asking for "Justice" I am asking for help sinc I have not been able to find it for a long time. I am asking for urgent attention to this case since it has been Very difficult many doors have been closed to me, many people have blocked situations so that I colud not get "Justice". The Damages that have been, done to me, Is equivalent to: 1,500,000.°°

Whole roads employees on Amazon W.H. and employees in general called me Victor and Fagge Dude, Macho Man - Mr., Sr. etc.

3. State any other information, of which the Court should be aware: Continuous:

Phone from me by force. On december 12-2020 at the P. St. store in DC. Malik touched my breasts and wanted to hug me, this was not the first-time dad Malik did this to me, he has been doing this for a very long time. The store supervisor four P. St. Store in D.C. had been seying horrible things I bought me, an insights intolerance and discrimination. Renika Smith the Supervisor who says those horrible thins I make fun of my, She has told me that I want to make easy money from Amazon because every thing that the employes, supervisors and managers o Amazon have done to me at **SIGNATURE** work. She has stated "This mother-fucker is dangerous". Anexo information

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_Vanessa_

**SIGNATURE**

July 8 2022.

**DATE**

Subscribed and sworn to before me this _____ 11th _____ day of ___July___ 20 22

_Adrie_____

(Notary Public/Deputy Clerk)

2

Vanessa Nava
Firmar urgentemente
31 de marzo de 2021, 5:02 p. m.

Hola

| CHARGE OF DISCRIMINATION | | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | FEPA | **PERFECTED** |
| | | [X] EEOC | 570-2021-00431 |

EEOC Form 5 (11/09)

| D.C. Office Of Human Rights | and EEOC |
|---|---|

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Vanessa (Victor) Navarrete Alcivia** | **(202) 378-8194** | **1978** |

| Street Address | City, State and ZIP Code |
|---|---|
| **323 Upshur St NW., Washington, DC 20011** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **AMAZON** | **500 or More** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **4530 40th Street, N.W., Washington, DC 20008** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE   [ ] COLOR   [X] SEX   [ ] RELIGION   [X] NATIONAL ORIGIN

[X] RETALIATION   [X] AGE   [ ] DISABILITY   [ ] GENETIC INFORMATION

[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **09-20-2020**   Latest **03-31-2021**

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for Respondent on September 20, 2020, as a Shopper. I still currently work at Respondent.

Shortly after I began working for Respondent, I began to be harassed by co-workers on the basis of my gender identity. My co-workers have called me "Victor" rather than Vanessa, a "Faggot," a "Fucking Dude," and "Bro" and at least on one occasion, on October 1, 2020, began to sing the song "Macho Man" while harassing me about my gender identity. I complained about the harassment to my Supervisor at Respondent's Tenley Town location, Scott Hammond, and he told me "there is nothing I can do, go talk to Human Resources." On October 5, 2020, I spoke with a woman named Martha (LNU) who identified herself as a Human Resources professional. She told me that "Respondent would not be able to re-educate everyone, if you are not comfortable, you can leave." I later found out that Martha was not, in fact, an HR professional, but instead a Manager at the Tenley Town location.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| *[signature]*   4-5-21 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

4 -5- 2021
<span>Date</span>

*Charging Party Signature*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | **PERFECTED** 570-2021-00431 |

| D.C. Office Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

On October 12, 2020, I called the police as one of my co-workers threatened to kill me in Respondent's parking lot, and on November 14, 2020, another co-worker harassed and attempted to sexually assault me in Respondent's store. I have been rotated to numerous stores in the region in response to my complaint and I continue to be verbally and physically harassed by managers and co-workers alike. Female employees have protested my use of the women's bathroom, and Respondent also has not updated my name on the punch-in/out clock and I am also referred to by my dead name, "Victor," when I speak to people in Respondent's Human Resources department. One Manager, Jeremy (LNU), purposefully uses, and calls attention to, my deadname, and a Supervisor, Renika (LUN), has said I am akin to the Coronavirus because I "have AIDS and kills people". I have complained to Respondent, both to my local Supervisors and to Human Resources, on multiple occasions, and Respondent has told me that I am no longer allowed to report the treatment or call the police. Respondent has also pressured me to quit and sign a severance agreement. The agreement has been presented to me in English and Respondent is aware that I am not comfortable reading, writing, or communicating in English.

I believe I was discriminated against on the basis of my Race (Hispanic/Latina), Sex (Female) for being a transgender individual, and National Origin (Mexico), and retaliated against for engaging in protected activity, in violation of Title VII of The Civil Rights Act of 1964, as amended. I also believe I was discriminated against on the basis of my age (42), in violation of the Age Discrimination in Employment Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 4-5-2021 <br> Date     *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |



**U.S. Equal Employment Opportunity Commission**
**Washington Field Office**

131 M Street, N.E.
Suite 4NW02F
Washington, DC 20507
(202) 419-0713

Fax: (202) 653-6053

Respondent: AMAZON
EEOC Charge No.: 570-2021-00431,
FEPA Charge No.:

March 9, 2021

Victor Navarrete Alcivia
323 Street, N.W.
Washington, DC 20011

Dear Navarrete:

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ X ]    Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]    The Age Discrimination in Employment Act (ADEA)

[ ]    The Americans with Disabilities Act (ADA)

[ ]    The Equal Pay Act (EPA)

[ ]    The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. Because the document that you submitted to us constitutes a charge of employment discrimination, we have complied with the law and notified the employer that you filed a charge. Before we investigate your charge, however, you must sign and return the enclosed Form.

To enable proper handling of this action by the Commission you should:

(1)    Review the enclosed charge form and make corrections.

(2)    Sign and date the charge in the bottom left hand block where I have made an "X". For purposes of meeting the deadline for filing a charge, the date of your original signed document will be retained as the original filling date.

(3)    Return the signed charge to this office.

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5). Please sign and return the charge within thirty (30) days from the date of this letter. Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court. Please be aware that after we receive your signed Form 5, the EEOC will send a copy of the charge to D.C. Office Of Human Rights 441 4th Street, N.W. Room 570N Washington, DC 20001 as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Victor Navarrete (Vanessa)
_____
Plaintiff

vs.

Case Number **2022  02946**

Amazon
_____
Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Victor Navarrete (Vanessa)
_____
Name of Plaintiff's Attorney

323 UPSHUR ST. NW
_____
Address

Washington D.C.
20011
_____

_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주십시오.    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                          Super. Ct. Civ. R. 4



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

Victor Navarrete (Vanessa)
_____
Demandante

contra

Amazon
_____
Demandado

Número de Caso: _____

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Victor Navarrete (Vanessa
_____
Nombre del abogado del Demandante

**SECRETARIO DEL TRIBUNAL**

_____
Dirección

Por: _____
                        Subsecretario

_____
Teléfono

Fecha _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

만일번역을원하시면 (202) 879-4828 로전화해주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                           Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

### CIVIL DIVISION- CIVIL ACTIONS BRANCH
### INFORMATION SHEET

Victor (Vanessa) Naunete          Case Number: **2022 02946**

vs          Date: _____

Amazon          ☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name; *(Please Print)*<br>Victor Naunete (Vanessa)<br>Firm Name:<br>access<br><br>Telephone No.:          Six digit Unified Bar No.:<br>202-378-81-94 | Relationship to Lawsuit<br>☐ Attorney for Plaintiff<br>☑ Self (Pro Se)<br>☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury     ☐ 6 Person Jury     ☑ 12 Person Jury
Demand: $ 1 500,000.          Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____    Judge: _____    Calendar #:_____

Case No.:_____    Judge: _____    Calendar#:_____

---

**NATURE OF SUIT:**     *(Check One Box Only)*

**A. CONTRACTS**                    **COLLECTION CASES**

☐ 01 Breach of Contract          ☐ 14 Under $25,000 Pltf. Grants Consent   ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty          ☐ 17 OVER $25,000 Pltf. Grants Consent   ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument        ☐ 27 Insurance/Subrogation        ☐ 26 Insurance/Subrogation
☑ 07 Personal Property              Over $25,000 Pltf. Grants Consent        Over $25,000 Consent Denied
☑ 13 Employment Discrimination   ☐ 07 Insurance/Subrogation        ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees          Under $25,000 Pltf. Grants Consent       Under $25,000 Consent Denied
                                     ☐ 28 Motion to Confirm Arbitration
                                        Award (Collection Cases Only)

**B. PROPERTY TORTS**

☐ 01 Automobile          ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion          ☐ 04 Property Damage
☑ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☑ 01 Abuse of Process        ☐ 10 Invasion of Privacy        ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection    ☑ 11 Libel and Slander             Not Malpractice)
☐ 03 Assault and Battery      ☐ 12 Malicious Interference     ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury  ☑ 13 Malicious Prosecution    ☐ 19 Wrongful Eviction
☑ 05 Deceit (Misrepresentation)   ☑ 14 Malpractice Legal         ☐ 20 Friendly Suit
☑ 06 False Accusation        ☐ 15 Malpractice Medical (Including Wrongful Death)  ☐ 21 Asbestos
☐ 07 False Arrest            ☐ 16 Negligence- (Not Automobile,   ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                      Not Malpractice)                ☐ 23 Tobacco
                                                              ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE          IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10  Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability

- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D.  REAL PROPERTY**

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____          _____
Attorney's Signature                              Date

## SUPERIOR COURT OF THE DICTRICT OF COLUMBIA

|  |  |
|---|---|
| VICTOR NAVARRETE (VANESSA) PRO SE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMAZON | ) |
| | ) |
| Defendant. | ) |

**FILED**
CIVIL DIVISION

**OCT 0 7 2022**

Superior Court of the
District of Columbia

C.A. No.     **2022 CA 002946 B**
Judge Hiram E. Puig-Lugo

### PLAINTIFF'S MOTION FOR A
### CONTINUANCE OF INITIAL REMOTE CONFERENCE

**COMES NOW**, the Plaintiff, Victor Navarrete a/k/a Vanessa, and hereby respectfully moves this Honorable Court for a continuance of the initial remote conference that is scheduled for October 21, 2022. Plaintiff is seeking a continuance on account of the following factors:

1. Plaintiff is a pro-se litigant who is actively seeking legal counsel to obtain professional legal representation before the Superior Court of the District of Columbia.

2. Plaintiff's claim against Defendant for work-place discrimination on account of sex, gender identity, sexual orientation, race, age, national origin, and for retaliatory termination is meritorious and is likely to succeed on the merits. Exhibits A, B, C.

3. Plaintiff is also actively seeking the assistance legal counsel and requests a continuance to complete her discussion regarding any potential representation.

4. This motion is not being filed for the purpose of delay but in the interest of justice and due process.

5. In response to the court's rejection sheet (dated September 16, 2022) Plaintiff did send

Amazon's complaint packet to the Defendant Amazon. Amazon accepted receipt of the

complaint packet at 4530 40th Street, N.W., Washington, DC 20006. <u>Exhibit D</u>.

**WHEREFORE**, the foregoing premises having been presented for consideration, Plaintiff

moves this Honorable Court for a continuance of the initial remote conference.

Respectfully submitted by,

10 - 05 - 2022
Date

Victor Navarrete (Vanessa)
Plaintiff

2

**SUPERIOR COURT OF THE DICTRICT OF COLUMBIA**

| | |
|---|---|
| VICTOR NAVARRETE (VANESSA) PRO SE, )<br><br>Plaintiff, )<br><br>v. )<br><br>AMAZON )<br><br>Defendant. ) | C.A. No.      2022 CA 002946 B<br>Judge Hiram E. Puig-Lugo |

## CERTIFICATE OF SERVICE

    I hereby affirm that I caused to be served, via certified mail, a copy of the *Plaintiff's Motion for a Continuance of Initial Remote Conference* to the party listed below on this 5th day of October 2022.

Amazon
4530 40th Street N.W.
Washington, DC 20006

Amazon
251 Little Falls Drive
Wilmington, Delaware 19808

Amazon
c/o Corporation Service Company
1201 Hays Street
Tallahassee, Florida 2525

 

_____
Victor Navarrete (Vanessa)
Plaintiff

3

# EXHIBIT "A"

# Amazon Ultra-Fast Fresh – Training and Career Opportunity-21 **Recibidos**

 **HRC-DoNotReply** mar. 31

para ⌄

Hi Amazonian!

Looking for more hours to work? Want to learn a new business at Amazon and expand your career opportunities? We're excited to share two opportunities with you today that accomplish both! We are excited to be offering two new opportunities for our WFMoA Associates to work in Amazon's Ultra-Fast Fresh (UFF) business:

· Training and labor sharing opportunities (instructions immediately below)

· Transfer opportunities (click here to explore your local options)

## Training and Labor Share Opportunities

UFF associates stow, pick, pack and stage items to fulfill customer orders.

57



**Williams Torres,...**     mar 31

para yo

Hi Vanessa,

I need to see why you received this and what is keeping you from picking up shifts. Do you remember ever applying for a site transfer?

Thank you,

Tinéa Williams-Torres

HR Manager — WFMoA

e: tineawil@amazon.com

From: Vanessa Nava
<vn456049@gmail.com>

# Whole Foods Market

**Whole Foods Market IP, Inc.,** a subsidiary of Amazon, is an American multinational supermarket chain headquartered in Austin, Texas, which sells products free from hydrogenated fats and artificial colors, flavors, and preservatives.[5] A USDA Certified Organic grocer in the United States, the chain is popularly known for its organic selections.[6] Whole Foods has 500 stores in North America and seven in the United Kingdom as of March 4, 2019.[3][7]

Amazon acquired the company for $13.7 billion on August 28, 2017.[8]

# Contents

History
    Early years
    Expansion
        International expansion
        Acquisition of Wild Oats Markets and antitrust complaint
    2017–present: Amazon subsidiary
Product quality
Rating systems
GMO product labeling
Purchasing
    Whole Trade Guarantee
Efforts
    Environmental involvement
    Eliminating plastic
    Humane treatment of animals
    Toxins
Criticism and controversies
Awards and recognition
Labor relations and anti-union activism
Management system
    Employee structure and culture
    Employee benefits and incentives

## Whole Foods Market IP, Inc.



"Kale Green" logo used since Amazon's acquisition in 201

Headquarters in Downtown Austin

| | |
|---|---|
| Type | Subsidiary |
| Industry | Grocery store<br>Health food store |
| Founded | September 20, 1980 |
| Founders | John Mackey, Renee Hardy-Lawson, Mark Skiles, Craig Weller |
| Headquarters | Austin, Texas, U.S. |
| Number of locations | 500 |
| Areas served | United States<br>Canada<br>London, United Kingdom |

9/1/22, 10:07 PM



openings available now.Become part of the dedicated te

## Prime Now-Whole Foods Shopper

Washington DC | Job ID: 200028983

Hourly pay rate: Earn $17.00/hr. Base pay is $15.00/hr
$2/hr through April 2020. Amazon remains open as an e
serve our communities delivering critical supplies direct
people who need them. Find

## My Appointments

9/20/2020 5:00 PM - 9/20/2020 9:00 PM

9/8/2020 10:00 AM - 9/8/2020 10:30 AM

PAGE    2

# 2020 W-2 and EARNINGS SUMMARY



## DC State Reference Copy
### W-2 Wage and Tax Statement 2020
To be filed with employee's State Income Tax Return.

OMB No. 1545-0009

| Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 10 LQS2/BXQ | 126200 | A | 45576 |

Employer's name, address, and ZIP code

PRIME NOW LLC
PO BOX 80726
SEATTLE WA 98108

Batch #01782

Employee's name, address, and ZIP code

VICTOR NAVARRETE
W ST. NW. APT. 401
WASHINGTON DC 20009

| Employer's FED ID number | a Employee's SSA number |
|---|---|
| 81-3530904 | XXX-XX-0285 |
| Wages, tips, other comp. 7416.03 | 2 Federal income tax withheld 385.27 |
| Social security wages 7416.03 | 4 Social security tax withheld 459.79 |
| Medicare wages and tips 7416.03 | 6 Medicare tax withheld 107.53 |
| Social security tips | 8 Allocated tips |
| Nonqualified plans | 12a See instructions for box 12 |
| Other | 12b |
|  | 12c |
|  | 12d |
|  | 13 Stat emp Ret. plan 3rd party sick pay |
| State Employer's state ID no. 300100107010 | 16 State wages, tips, etc. 2810.20 |
| State income tax 145.51 | 18 Local wages, tips, etc. |
| Local income tax | 20 Locality name |

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

|  | DC State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|
| Gross Pay | 2,810.20 |
| Reported W-2 Wages | 2,810.20 |

**2. Employee Name and Address.**

VICTOR NAVARRETE
1424 W ST. NW. APT. 401
WASHINGTON DC 20009

© 2020 ADP, Inc.

← Fold and Detach Here →

# Important Updated Health Plan Document



**Recibidos**

**A**   **Amazon 40...** dic. 3, 2021
para yo

View in your browser





# Summary Annual Report

Dear VICTOR NAVARRETE,

The **Summary Annual Report (SAR)** for the Amazon Health Plan is now available. Click here to view your SAR.

The SAR summarizes key information from the U.S. Department of Labor's most recent
Annual Return/Report of Employee

# EXHIBIT "B"

9/19/22, 3:01 PM                              Screenshot_20220919-131851.png





9/19/22, 3:00 PM

Screenshot_20220919-132355.png



9/19/22, 2:59 PM                                    Screenshot_20220919-132405.png





1:24

← (813) 498-…

Hello?
18/10/2020 8:33 p. m.

Y don't trust me???
18/10/2020 8:34 p. m.

So???
18/10/2020 8:35 p. m.

Wanna see sexy pic of you before I sleep
18/10/2020 8:38 p. m.

Ok God knows am not lying to u
18/10/2020 8:41 p .m

Añadir usuario



8:09

← (347) 496-...

Send your
address

I will come to you
when you're free

20/12/2020 9:52 a. m.

?

20/12/2020 9:55 a. m.

Send me a
picture of your
breast baby

20/12/2020 10:16 a. m.

Waiting

20/12/2020 10:44 a. m.

Añadir usuario

8:09

← (347) 496-…  📞  📹  ⋮

👤 Waiting

20/12/2020 10:44 a. m.

👤 Would like if I
pick u when you
are done

So we can have a
good sex

20/12/2020 12:18 p. m.

👤 Send your breast

Breast

20/12/2020 12:58 p. m.

👤 I will fuck u hard
today

Añadir usuario  ➤

◀  ●  ■

8:10

← (347) 496-...

I will fuck u hard today

20/12/2020 1:00 p. m.

I will fuck u good today

I will pick up by seven 7pm

20/12/2020 1:06 p. m.



Añadir usuario







Screenshot_20220919-131803.png



9/19/22, 3:03 PM                    Screenshot_20220919-131820.png





**1:18**

← **(240) 618-...**  📞 🎥 ⋮

Ves que me
tienes miedo

18/10/2020 12:48 p. m.

Silencio

Loco

Estoy trabajando

18/10/2020 12:59 p. m.

Bueno pues me
voy a dormir un
rato, me dejaste
intrigado, sin
decirme nada y
sin foto

18/10/2020 1:03 p. m.

Añadir usuario ➤





8/22/22, 6:57 PM

**Listo**



# +1 (301) 395-4637

                             👤

llamar        video                          infor...

## Enviar mi ubicación actual

## Compartir mi ubicación

## Mostrar en "Se compartió contigo"    

El contenido compartido en esta conversación aparecerá en las apps seleccionadas. El contenido que destaques siempre se mostrará. Más información...

## Ocultar notificaciones

## Notificar lectura    

chrome://media-app

1/1

8/22/22, 6:58 PM



**+1 (301) 395-4637**





What would you want?





**+1 (301) 395-4637** ›

iMessage
jul. 1, 2021, 5:14 p.m.





IMG_7327.jpeg



**+1 (301) 395-4637**



**What u mean**





I don't know how to have casual sex

I can show you how to ride you and still be casual friends

**I would never treat you bad or kick you to the**

  iMessage 



8/22/22, 8:21 PM    IMG_7362.jpeg



**+1 (301) 395-4637**

jul. 12, 2021, 9:45 p.m.

**Hola chula**

**How are you**

I'm okay thanks 😄

Home

Bed

Wyd

**Headed home, just came from helping out the police academy with the new people**

Ok

**You?**

8/22/22, 7:57 PM



+1 (301) 395-4637





If i were such a whore, I wouldn't complain about my co-workers and the truth is, i would have fucked almost everyone by now.

**If it happens then it happens, who knows what fate does**

**Oh you got it like that huh lol**

iMessage

  

      



**+1 (301) 395-4637**

I would never treat you bad or kick you to the side. I will always be your friend

that's the problem

I don't like dealing sex with friends i've never done and believe me that's true

So you don't wanna be my friend to have sex lol

i do not know how?
I'm afraid to fall inlove with you
I already admire you
I respect you
and you give me what

  iMessage 

IMG_7348.jpeg





## +1 (202) 816-9748





That's my new cell #

1 respuesta


What

the number I have
It is not yours?
I do not understand
explain to me


This is my work
phone number


Omg



      



**+1 (202) 816-9748**



Thanks 🙏

I have to thank you that since you helped me talk with my co-workers, they have changed, it was not out of education or respect, they have stopped harassing me, most of them out of fear, because mattew was in charge of speaking what you said to the others look at me with hatred, but that doesn't matter to me

8/22/22, 8:37 PM





**+1 (202) 816-9748**

others look at me with hatred, but that doesn't matter to me.
Fear has made them stop bothering me, there are only 4 men and two women who continue to bother me, but it is better that way to the whole store.
Thank you for speaking with them, you made a big difference in my work.
HR did nothing in almost 8 months and you in a




iMessage




8/22/22, 9:38 PM

IMG_7356.jpeg





**+1 (202) 816-9748**



... Google
translate
Google knows it
translates well
yesterday an
amazon HR
researcher spoke
with me
and that's a good
start

Wow I'm so sorry to
hear what they did.
It definitely hurts to
hear what happened
and nobody did
anything. If you
know their names I
can help you get
them charged and

   



+1 (202) 816-9748

Hello, Vanessa;

Thank you for talking with me
yesterday. I am reviewing my notes and
I just want to be clear on one point; the
security officer stated that you told him
that you were touched on the butt and
pushed by Matthew. Is that accurate?
Did Matthew have any physical contact
with you on May 1st? Please clarify.

Thank you,

Keryn

may. 12, 2021, 7:05 p.m.



R  Rowland, Keryn

para yo

Hello, Vanessa,

Thank you for talking with me
yesterday. I am reviewing my notes and
I just want to be clear on one point: the
security officer stated that you told him
that you were touched on the butt and
pushed by Matthew. Is that accurate?
Did Matthew have any physical contact
with you on May 1st?  ?Please clarify.

Thank you,



**From:** Vanessa Nava
<vn456049@gmail.com>
**Sent:** Tuesday, May 4, 2021 12:45 PM
**To:** Bachar, Jay
<bacharja@amazon.com>; Berryshimm,

10/6/22, 8:22 PM

 

**+1 (202) 816-9748**

may. 12, 2021, 7:05 p.m.

No that's not what I told him. He is probably confused on what I stated to him.

I just told him they both were verbally abusing you and possibly came in contact with you

now they are lying that's not fair make more problems instead of solving them. sorry for bothering

   

    

10/6/22, 8:23 PM

 

**+1 (202) 816-9748**

both were verbally
abusing you and
possibly came in
contact with you

now they are lying
that's not fair
make more
problems instead of
solving them.
sorry for bothering
you
It is not my intention
to disturb you.
i just need help
they have to stop
doing all these
abuses.

I'm sorry 

  Message 

     

10/6/22, 8:26 PM



8/24/22, 11:08 AM                                IMG_7358.jpeg





+1 (202) 816-9748

**When is the next day you working?**



I don't know

may. 12, 2021, 11:30 p.m.

Don't show them you are scared

They won't hurt you I promise



We'll see.

may. 19, 2021, 11:45 a.m.






https://mail.google.com/mail/u/0/#search/mediats%40icloud.com/QgrcJHsThhqrbLZNMXjgpSgCpvBDqlSlfqv?projector=1



**+1 (202) 816-9748**

Nothing

Lol stop being scared

Oh yes I do lol I will give u one before u leave today

I forgot all about it


That's what friends are for

Not necessarily

I'm living
Have a great day



   





**+1 (202) 816-9748**

**You can't be leaving without saying good bye** 

**Now you owe me** 





**I agree**

may. 25, 2021, 2:28 p.m.

 **hey**



   





**+1 (202) 816-9748**

That's what friends are for



I'm living
Have a great day

You can't be leaving without saying good bye 😫



Mmmm





I agree

8/22/22, 8:37 PM

IMG_7355.jpeg



+1 (202) 816-9748

almost 8 months and you in a moment.

I am so glad it got better and you are able to have a better day at ~~work without~~ ~~the harassment~~

~~I told you they you can trust me. I'm your friend~~ 😃

You already talked to me yesterday about the mattew incident, that's a great start.
It is difficult for me

  iMessage 

# EXHIBIT "C"

8/20/22, 11:10 PM

**10:46**

# Termination Documents are Available for Review

Recibidos

 **MyDocs-n...** oct. 27, 2020
para yo

Dear Victor,

Please review your termination letter attached to this email. Your termination and employment documents are available for review on the MyDocs portal for 90 calendar days after the end of your employment. To access the MyDocs portal, navigate to https://amazon.onbaseonline.com and input your personal email address and password.

Thank you,

Amazon Human Resources

**Termination Letter - Em...**

 PDF



Victor Navarrete
1424 W St. NW. Apt. 401
Washington, DC 20009

Dear Victor (EEID: 107926723):

This letter confirms that the date of involuntary termination of your employment with Prime Now LLC is October 6, 2021.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources





amazon

Victor Navarrete
1424 W St. NW. Apt. 403
Washington, DC 20009

Dear Victor [EEID: 107925723]:

[illegible]

You have executed a Confidentiality and Invention Assignment Agreement with the Company. You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources

10/6/22, 9:18 PM
IMG_1706.jpeg

# ACTION REQUIRED:

## Amazon Employment

## Termination Review **Recibidos**



**A** Amazon Ops jul. 28

para yo

# Hello Amazonian,

We strive to be Earth's most customer-centric company, and you play a vital role in making this happen. According to timecard records, you currently have 3 occurrences in the month of July which currently qualifies you for Termination.

| Category | Detail | Occurrences |
|---|---|---|
| Occurrence Calculation | Arriving to work more than 5 minutes after your scheduled start time or leaving work more than 5 minutes before the end of your scheduled shift | 0.5 Occurrence |
| | Dropping a shift with less than 24 hours' notice prior to the start of shift | 1 Occurrence |
| | Full missed shift | 1 Occurrence |
| | **Action** | **Thresholds** |
| Accountability Thresholds | Final Written Warning (FWW) | Calendar month balance of 2-2.5 occurrences |
| | Termination | Calendar month balance of 3+ occurrences |
| | Termination | 3 consecutive missed shifts* |
| | Termination | Accruing 12+ occurrences within a calendar month while on an active attendance FWW* |
| | Termination | Working fewer than 3 shifts* in a calendar month |

*Not equal to calendar month



# ACTION REQUIRED: Amazon Employment Termination Review  Recibidos

**Amazon Ops** ago. 4

para yo ⌄

Hello Amazonian,

We strive to be Earth's most customer-centric company, and you play a vital role in making this happen. According to timecard records, you currently have 3 occurrences in the month of July which currently qualifies you for Termination.

| Category | Detail | Occurrences |
|---|---|---|
| Occurrence Calculation | Arriving to work more than 5 minutes after your scheduled start time or leaving work more than 5 minutes before the end of your scheduled shift | 0.5 Occurrence |
| | Dropping a shift with less than 24 hours' notice prior to the start of shift | 1 Occurrence |
| | Un-missed shift | 1 Occurrence |
| **Action** | | **Thresholds** |
| Accountability Thresholds | Final Written Warning (FWW) | Calendar month balance of 2-2.5 occurrences |
| | Termination | Calendar month balance of 3+ occurrences |
| | Termination | 3 consecutive missed shifts* |
| | Termination | Accruing 2+ occurrences within a calendar month while on an active attendance FWW* |
| | Termination | Working fewer than 3 shifts* in a calendar month |

*Not bound to calendar month.

## Review your **schedule and punches**

# Important information about your benefits coverage Recibidos



 **Amazon Be...** ago. 13, 2021 ↩ ···
para yo ⌄

| De | **Amazon Benefits** AmazonBenefits@ehr.com |
| Responder | AmazonBenefits@ehr.com |
| Para | vn456049@gmail.com |
| Fecha | **ago. 13, 2021, 3:00 p.m.** |
| 🔒 | **Encriptación estándar (TLS)** Más información |

Victor,

On August 11, 2021, we received notice of your separation from service with Amazon. This notice was issued in error, and there is no action you need to take. We apologize for any confusion it may have caused.

If you received a COBRA Election Notice, you may ignore it. We'll reinstate the benefits in which you were enrolled so

10/6/22, 8:57 PM

**7:09**

✕     Vanessa Navarrete F...       

3/22/2021                                    ADAPT


Supportive Feedback Document
Behavioral - Final Written

 amazon.com
Associate Name: Navarrete, Vanessa (vnctla)
Manager Name: Askari AY (FLEXFI)
Created On: March 22, 2021 (8:05:58 PM)



## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Final Written | 2 | December 23, 2020, 9:58:25 AM |
| Documented Coaching | 1 | November 08, 2020, 3:05:08 PM |
| Second Written | 1 | November 23, 2020, 9:44:03 AM |
| First Written | 2 | January 18, 2021, 12:49:54 PM |

## Details of Current Incident/Specific Concerns

On 1/21/2021, at work, you approached another WFM Amazon Shopper without provocation, invading her personal space, confronting her in a rude and disrespectful manner and repeatedly accused her of "making fun of" and "laughing at" you. You later followed that WFM Amazon Shopper up the stairs to the time clock area where you continued to be confrontational with the other Shopper. This is a violation of our Standards of Conduct. In a conversation with an investigator, the investigator asked if you had any names of the Shoppers who were allegedly calling your names and laughing at you. You stated, you did not like the questions and no longer wanted to participate in the interview. You are expected to comply with all behavioral policies, procedures, processes, and instruction. Specifically, you must not engage in abusive, vulgar, or harassing language, unwelcome harassment, or interference directed toward a supervisor, fellow associate, or vendor.

## Areas of Improvement Required by Associate

In accordance with policy, it is critical that you adhere to behavioral expectations at all times. You are required to escalate any barriers to a member of management immediately. This includes, but is not limited to, standard work, safety/security, and personnel policies, the Owner's Manual, GSF Standards of Conduct policy, and our Code of Business Conduct and Ethics. As outlined above, you failed to meet those expectations.

## Associate Comments

Associate Signature:                          Date:

Manager Signature:                          Date:

3/22/2021                                    ADAPT

Submit

chrome://media-app                                                                    1/1

Keryn Rowland, SPHR, SHRM-SCP, SHRM-WI

Sr. HR Investigator

rowkeryn@amazon.com | 605-923-8270

ref:_00D3t2mKvO._5003t1UOxzh:ref

 yo oct. 5, 2021
para Exact ˅

# Hello there
# For me, your investigation and your final decision are outside the law.
Tinea Williams himself said:
"I violated Amazon rules, I called the police at work," I have that call recorded and others.
Can I try.
They then offered me
"money" to sign my

Hello there
For me, your investigation
and your final decision are
outside the law.
Tinea Williams himself said:
"I violated Amazon rules, I
called the police at work," I
have that call recorded and
others.
Can I try.
They then offered me
"money" to sign my
resignation and not press
charges of any kind against
Amazon."
Ultimately, you always
decide how your
investigations end.
they work outside the law.

 **Pavelka, Br...** ~~oct 6 2021~~

para yo ^

| De | Pavelka, Bryon |
|---|---|
| | bpavelka@amazon.com |
| Para | vn456049@gmail.com |
| | vn456049@gmail.com |
| Fecha | oct. 6, 2021, 1:22 p.m. |

🔓 Encriptación estándar (TLS)
Más información

**Vanessa,**

**Per the conversation you and Anne had on the phone today, she shared that based on violations of Amazon's Standards of Conduct and behavioral expectations, your employment will end effective immediately.**

**The expectation was set at the beginning of the call that Amazon did not consent to the call being recorded. When you indicated that**



**Pavelka, Bryon** oct. 6, 2021

para yo ⌄

**Vanessa,**

**Per the conversation you and Anne had on the phone today, she shared that based on violations of Amazon's Standards of Conduct and behavioral expectations, your employment will end effective immediately.**

**The expectation was set at the beginning of the call that Amazon did not consent to the call being recorded. When you indicated that you were recording the conversation the call was ended.**

**Thank you,**

**Bryon Pavelka | SR HR Business Partner**

Verizon 📶    9:28 AM    40%

**‹ Home    Manager chat**

## GENERAL

~~————— 17 days~~

~~Between 11/8 and 11/14, you~~ were found to have excessively poor ~~quality metrics~~ of less than 95% ~~replacement offered~~ Please make sure no matter what item you cannot find, you are offering a replacement for the customer.

In order for Amazon to meet our high customer service standards and in accordance with our standard work policy, it is critical that you always follow the proper procedures. Excessive Item Not Found percentages and low Replacements Offered to the customer causes you to fail to meet the customer service guarantee. Further incidents of failing to follow our standard work policy for quality performance may lead to further discipline, up to

⌄

Type a message...



# ‹ Home     **Manager chat**

GENERAL



Between 11/16 and 11/22, you were found to have excessively **poor quality metrics of less than 95% Replacement Offered.** Please make sure no matter what item you cannot find, you are offering a replacement for the customer.

In order for Amazon to meet our high customer service standards and in accordance with our standard work policy, it is critical that you always follow the proper procedures. Excessive Item Not Found percentages and low Replacements Offered to the customer causes you to fail to meet the customer service



**< Home**   **Manager chat**

GENERAL



Between 11/22 and 11/29, you were found to have excessively poor quality metrics of less than 95% Replacement Offered. Please make sure no matter what item you cannot find, you are offering a replacement for the customer.

In order for Amazon to meet our high customer service standards and in accordance with our standard work policy, it is critical that you always follow the proper procedures. Excessive Item Not Found percentages and low Replacements Offered to the customer causes you to fail to meet the customer service guarantee. Further incidents of failing to follow our standard work policy for quality performance may lead to further discipline, up to

Type a message...                 SEND



W  Williams To...  mar. 24, 2021  ↩  •••

para yo ⌄

Hello Vanessa,

As we spoke about, if you are yelled at please report the incident right away.

We checked this morning and in the system you are eligible to work at Arlington, Friendship Heights, P Street, Pentagon City, Riverdale Park, Silver Spring and Springfield. You may choose available shifts from any of those locations. Jeremy manages the Arlington and Springfield locations and typically will not be working in the other stores.

Thank you,

Linea Williams-Torres

**Sr. HR Business Partner – WFMoA**

 Gomes... 7:14 p. m.

para mí

Hi Vanessa,

I hope you are doing well.

I wanted to inform you that we submitted a request to have your employment reinstated. This process should take a few days but I will inform you when it is complete.

In the meantime, if you have any questions I'd be happy to help.

Photo - Google Photos



# EXHIBIT "D"



**Superior Court of the District of Columbia**
**Civil Division**

*500 Indiana Ave., N.W., Room 5000*
*Washington, DC 20001*
*202-879-1133*

**REJECTION SHEET**

**RE:** NAVARRETE, VICTOR (VANESSA)   **CA No.** 2022 CA 002946 B
Vs. AMAZON

**The** Complaint Packet                **received/filed on** 9/16/2022
**Cannot be accepted for filing and is returned herewith for the following reason(s):**

☐ Pleading not signed as required by court rule.

☐ Required number of summons/complaints were not included.

☐ Default/Default Judgment entered on Click here to enter a date. ; see SCR-Civ.55(a)
60(b).

☐ Check _____ for payment of _____ was made out incorrectly.

☐ Fee not included for: _____

☐ Leave of Court required for filing: _____

☐ Incorrect case number on pleading.

☐ No Certificate of Service/Mailing.

☐ Original green card is not attached.

☐ Civil Division lacks jurisdiction- should be filed with _____

☐ Requires signatures of all parties who have appeared.

☒ Other: Plaintiff sent Amazon's complaint packet to the clerk's office instead of to the
defendant.

**NOTICE: A new certificate of service is required when resubmitting a rejected pleading.**

☒ Returned via mail: Victor (Vanessa) Navarrete

**RETURNED TO:** 323 Upshur St. NW Washington DC 20011 _____

**DATE:** September 16, 2022       **DEPUTY CLERK:** CM

Form CV-625/Feb 2014



**CERTIFIED MAIL RECEIPT**
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20016
OFFICIAL USE

| Certified Mail Fee | $4.00 | | 0275 63 |
| Extra Services & Fees (check box, add fee as appropriate) | | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |

Postage    $4.50

Total Postage and Fees    $8.50

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

$8.50

```
Mailer 10.5x16        1    $2.69        $2.69
-----------------------------------  ---- ----

Grand Total:                          $11.19
-----------------------------------  ---- ----

Credit Card Remitted                  $11.19
   Card Name: MasterCard
   Account #: XXXXXXXXXXXX4092
   Approval #: 03156M
   Transaction #: 758
   AID: A0000000041010          Chip
   AL: Mastercard
   PIN: Not Required       Mastercard


*****************************************
Every household in the U.S. is now
 eligible to receive a third set
       of 8 free test kits.
       Go to www.covidtests.gov
*****************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
 and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
           1-800-222-1811.


In a hurry? Self-service kiosks offer
 quick and easy check-out. Any Retail
      Associate can show you how.

         Preview your Mail
         Track your Packages
         Sign up for FREE @
   https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.

      Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.
```



```
      or call 1-800-410-7420.
```



# EXHIBIT "E"



~~Word~~ . november 2, 2020.    12:00 am

I came to work at the ~~whole food store~~
located al 1440 P. St. NW. Washington DC.
20005., at 8:00 am,
Entering to pick up the cell phone and did
my entry time, I crossed paths with the
young Marcelo U. and Diego C.
Who began to laugh and make fun of me
when they saw me entering the Amazon
Collaborators area, the one with the
white sweatshirt was the one who start
ed with the teasing, looks and facial
gestures pointing at his partner to turn to
where I was, the partner turns and they
start laughing at me, I understand that
no they like the way I live, but that is
not a reasos to make fun of me, or of
anyone, I let then pass on that occasion
but when we coincide in the elevator
area or inside the whole food store,
Placing our orders, according to they
Secretly continued with that attitude ~~that~~
when we returned to the Amazon Collabo-
rators area, to finish our orders, we coinc
ded in the elevator, when the yonn man in a
white sweatshirt entered last, he began to laugh
and look at his partner then they begin to

talk among themselves and his attitude
and his way of expressing himself showed
his intolerance, discrimination and his attitude
of ridicule for being a transgender person.
When I got up, I asked for the manager
and I explained what happened and asked
for "Help" because this can't be happening
to me all the time and nobody does anything
because they don't care.
Later the manager spoke with them
and one of them let himself come to me
with an annoyed attitude and questioning
me for having reported? what they did, I
replie that if they had that attitude
towards me again, I wold call The
Police, for Discrimination and Intoleran
for be a Transgender woman.
I apologize for being at this time making the
report, but my porpose is that this ends, you
have to respect and understand that you come to
work, not to judge anyone. On the order hand
I am sure that it is 100% necessary to repor
them to prevent this from growing, and ther
more people want to discriminate againts me for
reasos, as happened in 2 other stores, TenteTown or
the store on W ST. I remain at your service, for any
questions or clarifications.
Vanessa Naewvrete - 202-378-81-94



WHOLE FOODS
MARKET
1440 P ST NW
WASHINGTON, DC 20005

THIS CONTRACT LIMITS OUR LIABILITY - READ IT

We are not responsible for loss of vehicles or contents by fire, theft, damage or other causes. Parking fee covers sale of parking privilege only and does not include bailee custody or liability for vehicles and/or contents.

TAKE TICKET WITH YOU • 90 MINUTES VALIDATION WITH $10 PURCHASE

THANK YOU

LAZ
PARKING

SOUTHLAND PRINTING - SHREVEPORT, LA.

86297

095758

Whole Foods Market
1440 P St NW
Washington, DC 20005

**B** **Bachar, Jay** nov. 2, 2020    ↰    ⋯

para yo, Ryan ^

De    Bachar, Jay,
bacharja@amazon.com

Para    Vanessa Nava
vn456049@gmail.com

Cc    Hance, Ryan
hancerya@amazon.com

Fecha nov. 2, 2020 8:17 a. m.

🔒    Encriptación estándar (TLS)
Más información

Vanessa,

First of all, I'm sorry that you are
experiencing these situations!

You say that you have contacted the
Amazon Ethics Department? I want to make
sure that I understand this correctly.

## Jay Bachar I WFM499 = KMQ

vn456049@gmail.com

Cc    Hance, Ryan
hancerya@amazon.com

Today during my work shift at
the Whole Foods at the Bible
Foods

The whole food Collaborator, named
[redacted], an african-American man,
is Always harassing me, I usually
ignore him and let everything he
does go by and says/says:
("I'm going to marry him, that he chose
me to him, and that I have to be
his, while he is looking at my chest
and my butt.)
He always tries to grab me, touch me,
he has already hugged me before,
and I have told him not to do it and
he continues to do it, today at
3:15pm, approximately, along the
water corridor, he was there and I
went to pick up 3 bottles of water
and he [redacted] wanted to hug
me and put his left arm through
my chest caressed part of my
stomach and I grab my chest
I pull my self up and I told him
not to do it but he always do

8/28/22, 9:11 PM

image0.jpeg





**WHOLE FOODS** MARKET

**1440 P ST. NW**
**WASHINGTON, DC 20005**

225F456

**THIS CONTRACT LIMITS OUR LIABILITY—READ IT**
We are not responsible for loss of vehicles or contents by fire, theft, damage or other cause. Parking fee covers sale of parking privilege only and does not include bailee custody or liability for vehicles and/or contents.

**TAKE TICKET WITH YOU • 90 MINUTES VALIDATION WITH $10 PURCHASE**
**THANK YOU**



LAZ PARKING

SOUTHLAND PRINTING • SHREVEPORT, LA.                862978



Whole Foods Market
1440 P ST NW
Washington DC 20005

105026

12/12/20 09:58    A 01 105026



## Hyde, Alisha dic. 16, 2020 ↰ •••

para yo, Sean ˅

Hi Vanessa,

I am sorry that you had this experience. Can you tell me where you were in the store when this occurred? We will ensure that we investigate.

Thank you for reaching out!

## Alisha R. Hyde, MBA, PHR

**Sr. HR Business Partner | GSF**

**Prime Now | Locker+ | Treasure Truck | 3P | Fresh**

IMG_1559.jpeg

 **Hyde, Alisha** dic. 21, 2020 

para yo ⌄

Hi Vanessa,

Thank you for sending this email. I am sorry you are feeling this way in the workplace. We will begin an investigation based on the new allegations you have noted.

Thank you,

## Alisha R. Hyde, MBA, PHR

**Sr. HR Business Partner | GSF**

**Prime Now | Locker+ | Treasure Truck | 3P | Fresh**



# 8 de abril de 2021
## 4:09 p.m.

Editar

◉ LIVE ∨



10/6/22, 9:37 PM

 **Williams To...** abr. 8, 2021 ↩ •••

para yo ^

| De | **Williams Torres, Tinea** |
| | tineawil@amazon.com |

| Para | **Vanessa Nava** |
| | vn456049@gmail.com |

Fecha abr. 8, 2021, 5:22 p.m.

🔒 **Encriptación estándar (TLS)**
Más información

Hello Vanessa,

Thank you for reporting this. We are submitting them to be investigated immediately.

○ ○ ○

# EXHIBIT "F"

[Quoted text hidden]

Rowland, Keryn <rowkeryn@amazon.com>                                        Tue, Apr 27, 2021 at 11:21 AM
To: Vanessa Nava <vn456049@gmail.com>, Exact HR <hr@exact.hr.amazon.dev>

Hello, Vanessa

I am trying to identify the young, white male in Seafood who called your sir at the Springfield store on April 7th. Can you tell me what time you worked so I can see who was on shift at that same time?

Thanks!

Keryn

**From:** Vanessa Nava <vn456049@gmail.com>
**Sent:** Monday, April 26, 2021 6:51 PM
**To:** Exact HR <hr@exact.hr.amazon.dev>
**Cc:** Rowland, Keryn <rowkeryn@amazon.com>
**Subject:** RE: [EXTERNAL] [ ref:_00D3t2mKvO._5003t1MUqu8:ref ]

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

---

Thank you for the update.

El El vie, abr. 23, 2021 a la(s) 3:33 p. m., Exact HR <hr@exact.hr.amazon.dev> escribió:

Hi Vanessa,

I wanted to touch base and let you know that the concerns you raised remain under active investigation. I am working to complete the investigation as quickly as possible while ensuring that it is thorough. I will be in touch if any additional questions or concerns arise. I will also be reaching out when I have findings to share. If you have any questions or concerns, please let me know.

Thank you again for raising your concerns and for your patience during the investigation process. I hope you have a wonderful weekend.

Keryn

ref:_00D3t2mKvO._5003t1MUqu8:ref

Gmail - [ ref:_00D3t2mKvO._5003t1MUqu8:ref ]

Vanessa Nava <vn456049@gmail.com>
To: "Rowland, Keryn" <rowkeryn@amazon.com>

Tue, Apr 27, 2021 at 11:53 AM

Hola:

his name is stuart he is
young and american,
white skin, seafood
area.

The other guy his name
is Paolo, dairy area.

The other guy his name
is Hibraham, produce
area.

Springfield store,
employees and whole
Food.

[Quoted text hidden]

 **Gmail**

Vanessa Nava <vn456049@gmail.com>

---

## Vanessa Navarrete.

Vanessa Nava <vn456049@gmail.com>
To: "Hyde, Alisha" <alishyde@amazon.com>, "Burleson, Sean" <seaburle@amazon.com>, "Megan Yan" <myan@aclude.org>

Mon, Dec 21, 2020 at 9:59 AM

Lunes 21 de diciembre
2020 9:15 am.

Hello
Good Morning.
I am working in the store
that is on P. St.
Supervisor Renika Smith
is saying that the
coronavirus and HIV are
the same thing, that they
kill people and
transgender women,
they have AIDS, they
have HIV, she is making
fun of me like crazy and
is making other
colleagues watch with
fear and disgust.
They have to stop this
woman, she also called
me Mada Fucker and
she says that I am in
danger because in the
store that is on H street, I

went to make a lot of
problems, she is insulting
me a lot and informing
my colleagues very
badly,
she is abusing please
help me.
don't abandon me, you
promised to help me and
now you are missing.

Mrs. Mirta, a whole food
employee, is saying that
if I am not comfortable
at work, I quit, that is not
fair and intolerable.
Mr. Malik was the one
who reported because
he grabbed my breasts
and hugged me forcibly
on Saturday, November
12, she forcefully made
me talk to him, when I
told them I didn't want to
do it, he also said that
whole food and Amazon
was not going to do
nothing for me, they
were not going to do
anything with my
reports.
I better quit.
She is sure and says that

Whole food and Amazon will not do anything for me.

If that had been her it would be something else, what is she saying? Because I'm a Transgender. I'm not worth anything? that I don't deserve respect? please help me. please

this is already hell,
On the other hand, I no longer go to the friendship/Highs store, because there they are setting traps to harm me, the employees told me not to because they plan to do something to make me fall and fire me. They told me to report to the authorities and that the 3 men who were following me last Monday, November 30, offering me their penis and sex in front of the Amazon bosses and that they did nothing, they already told me that

Peter and those "Bosses"
They were forbidden to
speak to me and to give
me any employee
information.
They told me that the 3
men are Whole Food
employees, 2 are African
American from the
security team and the
Latino from cleaning.
that if I report and the
police are going to
investigate Whole food,
they will have to speak
the truth and say that
they were forbidden to
speak to me and give me
any information and not
to return because they
are setting me up to
harm me by whole food
and Amazon.

Vanessa Navarrete.

Your case has been
created with the
number:

E-318192382

With ERC.

10/4/22, 11:21 AM

 **Hayden, Ra...**  dic. 24, 2020  ↰  •••

para yo, Alisha ⌄

Hello, Vanessa. I do not know who Vivianna is, and she does not have anything to do with the case that I corresponded with you about. I am not sure why you got a notification that the case involving Renikia Smith was resolved because, as you stated below, I only contacted you about it yesterday. The case is not resolved as I only just received it and need to do a proper investigation first. Have you filed a previous complaint about Ms. Smith? Could it have been related to that?

I assure you that the case involving Ms. Smith that you and I corresponded about on 12/23 is very much open and under investigation.

Thank you,

Rachel

chrome://media-app

1/1

# EXHIBIT "G"

1 de mayo de 2021
8:10 a.m.

Editar

 LIVE



9/25/22, 6:39 PM



9/25/22, 6:43 PM

