

**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION
JUL 11 2022
Superior Court of the
District of Columbia

Case No. **2022 02946**

# COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

(Vanessa)

Victor Navarrete
PLAINTIFF                    vs          Amazon
                                          DEFENDANT

323 UpShur St. Nw.                       4530 40th St. NW.
Address (No Post Office Boxes)           Address (No Post Office Boxes)

Washing D.C. 20011                       Washington D.C. 20006
City    State    Zip Code                City    State    Zip Code

202-378-81-94
Telephone Number                         Telephone Number

mediats@icloud.com
Email Address (optional)                 Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

I belive I was discriminated against on the basfe of my race (Hispanic), Sex (Male) National Orisn (Mexican), Gender Identity and retaliated agains for engaging in protected activity, In violatian of the VII of the ciuil rights act. of 1964 as amended. On december 28-2020 The Arlinton store manager told me that I could not return to the Store, and he wante to take my.

2. What relief are you requesting from the Court? Include any request for money damages.

I am asking for "Justice. I am asking for help sinc I have not been able to find it for a long time. I am asking for urgent attention to this case since it has been very difficult many doors have been closed to me, many people have blocked situations sc that I colud not get "Justice". The Damages that have been, done to me, Is equivalent to: 1500,000.

Whole roods employees on Amazon with and employees in general called me Victor and Tagge Dude, Macho Man - Mr., Sr. etc.

3. State any other information, of which the Court should be aware: Continuous:

Phone from me, by force. On december 12-2020 at the P St. store in DC. Malik touched my breasts and wanted to hug me, this was not the first-time dad Malik did this to me, he has been doing this for a very long time. The store supervisor four P. St. Store in D.C. had been seying horrible things I bought me, an insights intolerance and discrimination. Beni ka Smith the supervisor who says those horrible thins I make fun of my, She has told me that I want to make easy money from Amazon because everiy thing that the employes, supervisors and managers o Amazon have done tome at **SIGNATURE** work. She has stated "This mother-fucker is dangerous". Anexo information.

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

**SIGNATURE**

July 8 2022.

**DATE**

Subscribed and sworn to before me this _____11th_____ day of ___July___ 20 22

_____
(Notary Public/Deputy Clerk)

2