UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **XIMENA NAVARRETE,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**AMAZON,**<br><br>    **Defendant.** | **Case No. 1:22 -cv-03294 (ABJ)** |

**DEFENDANT'S CORRECTED[1] MOTION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL MOTION TO AMEND COMPLAINT**

Defendant Prime Now LLC ("Defendant"), improperly identified by Plaintiff as "Amazon," asks the Court for leave to file an Opposition brief to Plaintiff's Supplemental Motion to Amend Complaint. In support of its Motion, Defendant states as follows:

1. Plaintiff filed her original Complaint on July 11, 2022 in the Superior Court of the District of Columbia (Doc. 6). It was removed to this Court on October 27, 2022. (Doc. 1).

2. Plaintiff filed a Motion for Leave to File Amended Complaint on December 27, 2022. (Doc. 19).

3. On March 27, 2024, Plaintiff filed a Motion for a Rule 16 Conference in which she specifically requested the opportunity to file a supplemental brief on the pending Motion for Leave to File Amended Complaint. Plaintiff's Motion accurately reflects that Defendant opposed this request. (Doc. 53).

4. On March 29, 2024, the Court granted Plaintiff's request to file an additional

---

[1] Pursuant to Defendant's Errata filed on April 16, 2024, Defendant contemporaneously files this Corrected Motion for Leave to File Opposition to Plaintiff's Supplemental Motion to Amend Complaint. The text that has been updated is in bold font in Paragraph 8, *infra*.

submission on her Motion for Leave to File Amended Complaint.

5. Plaintiff filed her Supplemental Motion to Amend Complaint on April 5, 2024. (Doc. 54).

6. Respectfully, it is important for Defendant to have an opportunity to respond to Plaintiff's Supplemental Motion to Amend Complaint regarding the "relation back" of her new DCHRA claim. Plaintiff fails to address the issue raised by the plethora of new fact allegations raised in her proposed Amended Complaint that are not included in her original Complaint. Specifically, Plaintiff has included in her proposed Amended Complaint multiple discrete events, specifically sexual assaults by multiple co-workers (including an assault that occurred at her home) and her termination of employment, that were not included in her original Complaint. These new events do not arise out of the conduct included in her original Complaint, and as such, these new claims cannot relate back to the date of filing of her original Complaint.

7. A copy of the Defendant's proposed Opposition is attached as Exhibit A to this Motion. It is limited to five (5) pages, the same length of allowed to the Plaintiff for her supplemental brief. (*See* Minute Order of March 29, 2024).

8. Defendant makes this request in good faith, with no improper purpose. On April 15, 2024, counsel for Defendant attempted to confer with counsel for Plaintiff to confirm whether there was any objection to this Motion, and **counsel for Plaintiff consents to the filing of Defendant's Opposition to Plaintiff's Supplemental Motion to Amend Complaint**.

WHEREFORE, for the foregoing reasons, Defendant Prime Now LLC respectfully requests that the Court grant it leave to file the Opposition to Plaintiff's Supplemental Motion to Amend Complaint as attached hereto as Exhibit A.

| | |
|---|---|
| Dated: April 15, 2024 | Respectfully submitted, |

/s/ *Brandon R. Mita*
Brandon R. Mita (Bar No. 986059)
bmita@littler.com
Littler Mendelson, P.C.
815 Connecticut Avenue NW
Suite 400
Washington, DC  20006.4046
Telephone:    202.842.3400
Facsimile:     202.842.0011

Michael A. Chichester, Jr. (*Admitted Pro Hac Vice*)
mchichester@littler.com
Littler Mendelson, P.C.
500 Woodward Ave.
Suite 2600
Detroit, MI 48226
Telephone: 313.446.6400
Facsimile: 313.446.6405

*Attorneys for Defendant Prime Now, LLC*

## **CERTIFICATE OF SERVICE**

I, Brandon R. Mita, an attorney, hereby certify that on April 16, 2024, I caused a true and correct copy of the foregoing **Defendant's Corrected Motion for Leave to File Opposition to Plaintiff's Supplemental Motion to Amend Complaint** to be filed electronically with the Clerk of the Court, using the Court's CM/ECF system, and that the below Counsel of Record was electronically served via the Court's CM/ECF system:

Ari M. Wilkenfeld
ALAN LESCHT & ASSOCIATES, P.C.
1825 K Street NW, Suite 750
Washington, D.C. 20006
ari.wilkenfeld@leschtlaw.com



/s/ Brandon R. Mita
Brandon R. Mita