UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **XIMENA NAVARRETE,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**AMAZON,**<br><br>　　　　**Defendant.** | Case No. 1:22 -cv-03294 (ABJ) |

### ORDER

Upon consideration of Defendant Prime Now LLC's Motion for Leave to File Opposition to Plaintiff's Supplemental Motion to Amend Complaint, any opposition and reply thereto, the entire record herein, and for good cause shown, it is hereby:

**ORDERED** that Defendant's Motion for Leave to File Opposition is **GRANTED**; and

**IT IS FURTHER ORDERED** that Defendant shall separately re-file its Opposition on the Court's docket for this case.

Dated: April ____, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Amy Berman Jackson
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge